

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

7/7/21

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:**   **Transmittal of Notice of Appeal to District Court:**

Adversary Case 21-05005 SLJ  Thompson v. B & B Capital, LLC et al  / Judge Stephen L. Johnson  / Related Bankruptcy Case /  21-50146 SLJ Debbie Alice Thompson

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

 Docket Report
Order Dismissing Adversary Proceeding
Notice of Appeal And Statement of Election to District Court

**Filing Fee**:   ☐ Paid $          ☒ Not Paid     ☐ Fee Waived     ☐ Fee Waiver Pending

If you have any questions, please contact me at  510-879-3580.          .

Edward Emmons, Clerk
United States Bankruptcy Court

By:  */s/ Nash Singh*
     Nash Singh,      Deputy Clerk