United States Bankruptcy Court

Northern District of California

Thompson,
    Plaintiff

B & B Capital, LLC,
    Defendant

Adv. Proc. No. 21-05005-SLJ

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdfnoa | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Jonathan C. Cahill, WOLFE & WYMAN LLP, 980 9th Street, Suite 1750, Sacramento, CA 95814-2737 |
| | + | StuartB. Wolfe, Wolfe & Wyman LLP, 980 9th Street, Suite 1750, Sacramento, CA 95814-2737 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion17.sj.ecf@usdoj.gov | Jun 30 2021 23:59:00 | Office of the U.S. Trustee / SJ, U.S. Federal Bldg., 280 S 1st St. #268, San Jose, CA 95113-3004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bonni S. Mantovani | on behalf of Defendant B & B Capital  LLC bmantovani@pralc.com, ecfnca@ecf.courtdrive.com |
| Jonathan Cahill | on behalf of Defendant PNC Bank  National Association JCahill@klinedinstlaw.com, JCC@ecf.inforuptcy.com |

TOTAL: 2

**FILED**

Debbie Alice Thompson
In Pro Per
18285 Constitution Avenue
Monte Sereno, California 95030
Tel; 408 209 8878
email: etrans1@comcast.net

JUN 30 2021
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

2021 JUN 30 P 12:

UNITED STATES BAKRUPTCY COURT
NORTHERN CALIFORNIA,
SAN JOSE DIVISION

CASE NO. 21-50146 SLJ-13

Adv. Pro. No 21-5005

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

NOTICE IS HEREBY GIVEN that Debbie Alice Thompson appeals from the following order in this case:

**PART I**

Petitioner/Appellant:
Debbie Alice Thompson

Appeals in the Adversary Proceeding No. 21-5005 Case

**PART II**

STATEMENT OF ELECTION: District Court 28 USC 158 ( C ) (1)

**PART III**

Parties/ Appellee:
B & B Capital, LLC
B & B Funding, LLC
IRA F Bailey, Individual
Mortgage LendersServices Inc.

Represented by: Prober & Raphael, A Law Corporation
Bonni S. Mantovani, Esq., Bar ID: 106353
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Page 1 of 2    NOTICE OF APPEAL AND STATEMENT OF ELECTION of ADV-PROC 21-5005

| | |
|---|---|
| PNC Bank, NA | Represented by: Stuart B. Wolfe (SBN 156471) |
| | Jonathan C. Cahill (SBN 287260) |
| | WOLFE & WYMAN LLP |
| | 980 9th Street, Suite 1750 |
| | Sacramento, California 95814 |

**PART IV**

SUBJECT:

The Order entered on June 17, 2021 as Docket 31 "ORDER DISMISSING ADVERSARY PROCEEDING"

Notice is hereby given.

Without Prejudice/Aggrieved Party

Sui Juris _____[signature]_____

Debbie Thompson, June 30, 2021

Page 2 of 2     NOTICE OF APPEAL AND STATEMENT OF ELECTION of ADV-PROC 21-5005

## CERTIFICATE OF SERVICE

I, Joanna Cruz, hereby certifies as follows:
1. I am not a party for the proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the

2021 JUN 30 P 12: 2

Following named documents

A) **NOTICE OF APPEAL AND STATEMENT OF ELECTION** mailed by first class mail to the following parties:

| | |
|---|---|
| B & B Capital LLC/B & B Funding, LLC et al<br>C/O Bonni S Montovani<br>Prober and Raphael, A Law Corporation<br>20750 Ventura Boulevard Ste 100<br>Woodland Hills CA 91364 | PNC Bank NA/ National City Bank<br>Stuart B Wolfe, Johnathan C Cahill<br>c/o Wolfe and Wyman LLP<br>980 9th Street, Suite 1750, Sacramento CA 95814 |

4. Service as outlined herein was made on the 30 day of June, 2021

_/s/ J Cruz_

Joanna Cruz 3600 Klamath Street Oakland, CA 94602

Case: 21-05005   Doc# 38-1   Filed: 07/07/21   Entered: 07/07/21 13:11:27   Page 4 of 5

# BANKRUPTCY COURT

**RECEIVED**

JUN 30 2021

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name:** Thompson Debbie A

**Case #:** 21-60146 BLJ-13 ADV. Pro N° 21-5005

Notice of Appeal